The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOTTIE MENDIOLA,<br><br>    Defendant. | NO. 2:22-cr-05117-RAJ<br><br>**ORDER FOR RESTITUTION** |

On or about August 16, 2024, this Court entered an Order terminating Defendant's participation in the Drug Reentry Alternative Model (DREAM) program, granted Defendant's request to withdraw her previously entered guilty plea, and granted the government's request to dismiss the criminal charges filed in this case with prejudice.

In addition, the Court having reviewed the parties' *Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement* filed on or about August 16, 2024, hereby accepts the *Stipulation* as drafted and orders:

1. The Court finds, pursuant to 18 U.S.C. § 3664(h), the Defendant is liable for restitution in the amount of $71,000. This amount is appropriate given the Defendant's contribution to the victims' loss.

2. Restitution in the amount of $71,000 to the Army and Air Force Exchange Service shall be due and payable immediately. All payments shall be made to the United

ORDER FOR RESTITUTION
*United States v. Lottie Mendiola /* 2:22-cr-05117-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

States District Court for the Western District of Washington, with the Clerk forwarding money received to the victim as follows:

>AAFES OGC, ATTN: Kelli Ford
>3911 S. Walton Walker Blvd
>Dallas, TX 75236

3. The Defendant shall continue making restitution payments through the clerk of the court in the amount of no less than $100 per month with the minimum payment subject to revision by order of the Court depending upon the Defendant's financial circumstances, until the restitution obligation is satisfied. Payments will be made to the *United States District Court, Western District of Washington,* referencing case No. CR22-5117 RAJ, using one of the following methods:

>a. Online payments through the U.S. Treasury website, Pay.gov, using a checking account, savings account or a card (credit, debit or prepaid);
>
>b. Personally or by First Class Mail to:
>
>>United States District Court, Western District of Washington
>>Attn: Financial Clerk – Lobby Level
>>700 Stewart Street
>>Seattle, Washington 98101

4. Compliance with this obligation shall be enforced as follows:

ORDER FOR RESTITUTION
*United States v. Lottie Mendiola /* 2:22-cr-05117-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      a.    Defendant shall report all restitution payments, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within one week following expiration of each 90 day period after dismissal of criminal charges;

      b.    Defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within one week after employment commences;

      c.    Defendant shall report change of residential address and phone numbers in writing to United States Probation and the U.S. Attorney's Office within one week of a change;

      d.    In the event the U.S. Attorney's Office believes Defendant has defaulted on his restitution obligation, it shall first advise his in writing and provide an opportunity to cure the default or submit a written explanation to the U.S. Attorney's Office within one week of receiving the default notice;

      e.    If, after reviewing defendant's response, the U.S. Attorney's Office continues to believe Defendant has defaulted on his restitution obligation, it shall file with the court an *ex parte* application seeking an order to show cause why Defendant should not be held in contempt for failing to comply with the Court's order regarding restitution.

5.    This Court shall retain jurisdiction over this matter for purpose of enforcing this Order.

IT IS SO ORDERED.

DATED this 16th day of August, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER FOR RESTITUTION
*United States v. Lottie Mendiola* / 2:22-cr-05117-RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970